# EXHIBIT A

# Ripoff REPORT

**Adam Kunz**
**In House Counsel**
Adam@ripoffreport.com

Post Office Box 310 - Tempe, Arizona 85280 • Telephone: 602-359-4357 • Web: www.ripoffreport.com

March 12, 2019

Hon. Kenneth G. Gale, U.S. Magistrate Judge
U.S. District Courthouse for the District of Kansas, Wichita Division
401 N Market, Suite 401
Wichita, Kansas 67202

Via Counsel Appearing

>   *Re:* Production of documents from Xcentric Ventures LLC dba RIPOFF REPORT originating from Chandler Automated Systems, pursuant to "Memorandum & Order on Motion to Quash Subpoenas" dated February 12, 2019, Case No.: 18-cr-10099-EFM, Document 66.

Dear Judge Gale:

The Court's Order at page 16 states:

The Court reads Categories 4 and 5 as seeking documentation underlying Xcentric's claimed damages. To this end, Defendant has included a copy of Xcentric's invoice for $72,261.50 in its responsive brief. (*Id.* 54, at 13.) Defendant is now merely requesting backup on information on this particular invoice. The underlying documentation of the victim's damages is relevant – and to the extent Categories 4 and 5 intend to seek such documents, the requests are relevant. The Court also finds that Categories 4 and 5 clear the hurdles of admissibility and specificity. As such, the Court **OVERRULES** Xcentric's overly burdensome objection and **DENIES** the motion to quash as to Categories 4 and 5.

> In compliance with Order, Xcentric is disclosing documents Bates numbered XCV Pistotnik 00001- 00005. This consists of a modified Invoice # 18176 dated 01/26/2016 from Vigilant Technologies to Duck Bites LLC that includes more detailed description (XCV Pistotnik 00004 and 00005), and three redacted invoices that support the invoice line item for "$43,300 USD" for "Threat mitigation services / systems." (XCV Pistotnik 00001 – 00003)

> Experts in internet email security will be able to interpret the substance of these documents, and will see that measures were taken to remediate the attack and make





| | Customer ID | |
|---|---|---|
| | Currency | USA |
| | Terms | Net 30 |
| | Due Date | 10/25/2015 |
| | PO # | 20151025-01 |
| | End Customer | SW2146187 |

**Bill To**
Vigilant Technologies
25 S Arizona Pl Suite 515
Chandler AZ 85286 United States

**Ship To**
Vigilant Technologies
25 S Arizona Pl Suite 515
Chandler AZ 85286 United States

| SKU # | Description | Quantity | Unit | Tax | Amount |
|---|---|---|---|---|---|
| ES1AH25B | 15TB RAW Hyb Exp Shelf, 480GB SSD, 2x1M Qual SAS cable | 1 | 11,200.00 | N/A | 11,200.00 |
| SLAANBD-ES1 | NBD Parts Del. SW Sup & InfoSight-ES1 | 1 | 840.00 | N/A | 840.00 |

We would like to verify that you have received this invoice which will be due shortly. We appreciate your cooperation in sending your payment on time. If you have any questions regarding your account, then please contact us by:

Email: info@...

| | |
|---|---|
| Total | 12,040.00 |
| Discount | -0.00 |
| Sub Total | 12,040.00 |
| Total | $12,040.00 |

**Remittance Slip**
Customer
Invoice # VSDC3283
Amount Due $12,040.00
Amount Paid _____

XCV Pistotnik00002
Scanned by CamScanner

| | Customer ID | |
|---|---|---|
| ▓▓▓▓▓▓▓ | Currency | USA |
| Chandler-AZ 85286 | Terms | Net 30 |
| United States | Due Date | 10/19/2015 |
| ▓▓▓▓▓▓▓ | PO # | 20151019-01 |
| | End Customer | SW2146187 |
| Bill To | Ship To | |
| Vigilant Technologies | Vigilant Technologies | |
| 25 S Arizona Pl Suite 515 | 25 S Arizona Pl Suite 515 | |
| Chandler AZ 85286 United States | Chandler AZ 85286 United | |

| SKU # | Description | Quantity | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| 3802 | Network Performance Monitor ▓▓▓ License with 1st year Maintenance | 1 | 4,546.50 | N/A | 4,546.50 |
| 3611 | Traffic Analyzer ▓▓▓ etFlow License with 1st year Maintenance | 1 | 2,887.50 | N/A | 2,887.50 |
| 4850 | Application Monitor ▓▓▓ ver & ▓▓▓ s) - License with 1st year Maintenance | 1 | 2,096.50 | N/A | 2,096.50 |
| 5726 | Event Manager - ▓▓▓ Log & ▓▓▓ - License with 1st year Maintenance | 1 | 5,239.50 | N/A | 5,239.50 |
| 4114 | Network Configuration Manager ▓▓▓ nodes) - License with 1st year Maintenance | 1 | 1,991.50 | N/A | 1,991.50 |
| 6336 | Device Tracker ▓▓▓ User ▓▓▓ ense with 1st-Year Maintenance | 1 | 1,326.50 | N/A | 1,326.50 |
| 3802-M | ▓▓▓ 1 year Maintenance - No Charge | 1 | | N/A | 0.00 |
| 3611-M | ▓▓▓ 50 - 1 year Maintenance - No Charge | 1 | | N/A | 0.00 |
| 4850-M | ▓▓▓ & ▓▓▓ 1st Year Maintenance - No Charge | 1 | | N/A | 0.00 |
| 5726-M | ▓▓▓ - 1st year ▓▓▓ No Charge | 1 | | N/A | 0.00 |
| 4114-M | Network Configuration Manager ▓▓▓ 50 nodes) - 1 year No Charge | 1 | | N/A | 0.00 |
| 6336-M | Device Tracker ▓▓▓ User ▓▓▓ - 1 year Maintenance - No Charge | 1 | | N/A | 0.00 |

| SKU # | Description | Quantity | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| | We would like to verify that you have received this invoice which will be due shortly. We appreciate your cooperation in sending your payment on time. If you have any questions regarding your account, then please contact us by: Email: ▓▓▓ | | | Total | 13,541.50 |
| | | | | Discount | -0.00 |
| | | | | Sub Total | 13,541.50 |
| | | | | Total | $13,541.50 |

Make Checks Payable To
▓▓▓▓▓▓▓
Chandler-AZ
United States

Remittance Slip
Customer    SW2146187 CAS
Invoice #   VIN309764
Amount Due  $13,541.50
Amount Paid _____

XCV Pistotnik00003
Scanned by CamScanner



*your eye in the technology world*

**Vigilant Technologies**
25 S. Arizona Pl. Suite 230
Chandler, AZ 85225

## Invoice #18176

Invoice Date: 01/26/2016
Due Date: 01/26/2016

**Invoiced To**
Duck Bites, LLC
ATTN: Edward Magedson
500 South Mil Avenue #310
Tempe, Arizona, 85281
United States

| Description | Total |
|---|---|
| XJY-645-7707 check Traffic & Email Logs -support hours @120/hr | $6112.00 USD |
| ILB-795-38315 | $120.00 USD |
| FOM-949-50629 RE-REMOVE - http://www.ripoffreport.com/r/Brad-Pistotnik-Law/Wichita-Kansas-67206/Brad-Pistotnik-Law-Wichita-Truck-Accident-Lawyer-Hes-a-criminal-Wichita-Kansas-1177867 -forensics and research | $4040.50 USD |
| SBD-166-63386 failure notice email is BLOCKED --troubleshooting | $60.00 USD |
| DTK-823-11735 audit info-internal -follow up audits | $1070.00 USD |
| KVU-927-90671 Email and Cloud Front System -installation hosting | $5180.00 USD |
| UVD-692-20926 Outlook Client Problems | $460.00 USD |
| RLT-517-46040 people not getting our emails | $380.00 USD |
| UVI-449-34503 FW: Delivery Status Notification (Failure) | $60.00 USD |
| Network support cost | $6144.00 USD |
| SEIM tools -configuration and integration | $5435.00 USD |
| Threat mitigation services / systems | $43200.00 USD |

*PAYMENT PENDING*

XCV Pistotnik00004

-security/threat mitigation software ; 13541.50
-flash storage system- 18,171.65
-storage expansion system for archival-12040.00
-discounts to orginal quote/deposit; -552.00

|  |  |
|---|---|
| Sub Total | $72261.50 USD |
| Credit | $0.00 USD |
| Total | $72261.50 USD |

## Transactions

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| No Related Transactions Found | | | |
| | | Balance | $72261.50 USD |

Notes: Re Quote #2055

PDF Generated on 03/10/2019